| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JASPER SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF JASPER | ) | 2025 TERM |
| | | |
| STATE OF INDIANA | ) | |
| | ) | 37D01-2501-CM-000080 |
| -VS- | ) | |
| | ) | |
| THOMAS DECOLA | ) | INFORMATION FOR: |

Count 1:

Resisting Law Enforcement, a Class A Misdemeanor

Count 1:

Comes now the undersigned, and being duly sworn upon her oath, says that in Jasper County, State of Indiana, on or about January 9, 2025, Thomas Decola did knowingly or intentionally forcibly resist, obstruct or interfere with a law enforcement officer, while said officer was lawfully engaged in her duties as a law enforcement officer. All of which is contrary to the form of the statutes in such cases made and provided by I.C. 35-44.1-3-1(a)(1), and against the peace and dignity of the State of Indiana.

*Rebecca G. Goddard*

WITNESS: Matthew Anderson, Tara Hammond, Ryan Rusk, John Davis, Jennifer Tillema, Daniels Hayes, Kyle Geesa, Alison Hickman

**FILED**

JAN 24 2025

Clerk of the Jasper Superior Court

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JASPER SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF JASPER | ) | 2025 TERM |

| | |
|---|---|
| STATE OF INDIANA ) | |
| ) | 37D01-2501-CM-000080 |
| -VS- ) | |
| ) | |
| THOMAS DECOLA ) | INFORMATION FOR: |
| | Count 2: |

Disorderly Conduct, a Class B Misdemeanor

Count 2:

    Comes now the undersigned, and being duly sworn upon her oath, says that in Jasper County, State of Indiana, on or about January 9, 2025, Thomas Decola did recklessly, knowingly or intentionally engage in fighting or tumultuous conduct. All of which is contrary to the form of the statutes in such cases made and provided by I.C. 35-45-1-3(a)(1), and against the peace and dignity of the State of Indiana.

*Rebecca Goddard*
Rebecca G. Goddard

WITNESS: Matthew Anderson, Tara Hammond, Ryan Rusk, John Davis, Jennifer Tillema, Daniels Hayes, Kyle Geesa, Alison Hickman

FILED

JAN 24 2025

Clerk of the Jasper Superior Court

Page 1 of 2

**FILED**

STATE OF INDIANA
COUNTY OF JASPER

JAN 24 2025

37D01-2501-CM-000080

STATE OF INDIANA
VS.
THOMAS DECOLA
DOB: 12/24/1984


Clerk of the Jasper Superior Court

## AFFIDAVIT FOR PROBABLE CAUSE

Matthew A Anderson, of the RENSSELAER POLICE DEPARTMENT, swears or affirms that he/she believes and has good cause to believe that THOMAS DECOLA has committed the crime(s) of:

| Cts | Offense | Statute | Class |
|---|---|---|---|
| 1 | RESISTING LAW ENFORCEMENT | 35-44.1-3-1(a) | AM |
| 1 | PUBLIC ORDER- DISORDERLY CONDUCT | 35-45-1-3 (156) | BM |

based on the following facts:

That on 01/09/25 at approximately 9:11 a.m. the Rensselaer Police Department responded to an alarm coming from the Jasper County Circuit Court located on the 3rd floor at 115 W. Washington Street in Rensselaer. Myself, Sgt. Davis and Detective Hammond entered and could hear yelling coming from upstairs while we were still at the bottom of the stairs. We arrived and located Thomas Decola in handcuffs along with Court security as well as bailiffs Jen Tillema and Kyle Geesa on the elevator.

I walked the male subject downstairs and he advised me his name is Thomas Decola and he was upset over the status of his court hearing this morning. Ms. Tillema advised that Mr. Decola was advised by telephone last night that Judge Waddle had to recuse herself and his case would be sent over to Superior Court. Mr. Decola showed up today and became upset demanding to talk to the Judge. Ms. Tillema advised him that he could not go into her office but he tried to go past her and made it into the office where she restrained him. During the struggle she received scratches to her arm. Court Security officer Hayes was able to handcuff Mr. Decola during the struggle.

file:///C:/Users/...../AppData/Roaming/Spillman/Mobile/temp/Probable%20Cause P... 1/9/2025

_____
AFFIANT: Matthew A Anderson

I, swear, under the penalties for perjury as specified by I.C. 35-44.1-2-1 that the foregoing is true to the best of my information and belief.

_____
AFFIANT: Matthew A Anderson